Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889
Email: r.n@azimynathan.com
           e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.: 2:06-CV-00320 FCD KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| GURDEV SINGH BIDWAL; KULDIP RANI and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants Gurdev Singh Bidwal and Kuldip Rani, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

DATED: August 23, 2006            **AZIMY & NATHAN, LLP**

By: <u>/s/ Reuben D. Nathan, Esq.</u>
Reuben D. Nathan, Esq.
Attorney for Plaintiff,
Joseph Abdullah

DATED: August 18, 2006            **GREENBERG TRAURIG, LLP**

By: <u>/s/ Kathleen E. Finnerty, Esq. as authorized on August 18, 2006</u>
Kathleen E. Finnerty, Esq.
Attorney for Defendants,
Gurdev Singh Bidwal and Kuldip Rani

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.  All dates are VACATED.

Dated: August 23, 2006        <u>/s/ Frank C. Damrell Jr.</u>
United States District Court Judge

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**